LAW OFFICES OF

# OMRANI & TAUB, P.C.

488 MADISON AVENUE – 20th FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 714-1515
FAX: (212) 599-5551

**(212) "LAW-SUIT"**

WWW.OMRANITAUB.COM
WWW.212LAWSUIT.COM

**PARTNERS**
*MICHAEL A. TAUB, ESQ.*
*ALEX A. OMRANI, ESQ.*
*ISAAC ARASTEH, ESQ.*

**ASSOCIATE ATTORNEYS**
*JAMES L. FORDE, ESQ.*
*AVI DAVIDOV, ESQ.*
*DEAN PAVLOS, ESQ.*
*JOSEPH LEVY, ESQ.*
*MOHAMMED AYOUB, ESQ.*
*ANGELA WILLIAMS, ESQ.*
*MARIA P. WHITE, ESQ.*

**QUEENS OFFICES:**
80-01 Broadway
Elmhurst, NY 11373
(718) 714-1515

75-26 Broadway
Elmhurst, NY 11373
(718) 714-1515

**WESTCHESTER OFFICE:**
76 S. Lexington Ave.
White Plains, NY 10606
(914) 714-1515

December 10, 2024

**VIA ECF:**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2400

      RE:    **SADIA CHOUDHURY v. MONDFRUIT GROUP CORP. et al.**
             Case No.:         1:24-cv-07910-ERK-PK
             Initial Conference:   December 12, 2024
             **Request for Time Change and Virtual Appearances**

Dear Honorable Kuo:

      This firm represents the Plaintiff in the above referenced matter. This request is submitted on consent of all parties.

      Pursuant to the Scheduling Order dated November 22, 2024 (ECF Doc. No. 6), an Initial Conference is scheduled for December 12, 2024, at 10:30am, in person, before your Honor.

      In accordance with the above referenced Scheduling Order, the parties were to confer and jointly submit a Proposed Scheduling Order. The parties have discussed this matter and submitted a Proposed Discovery Plan on December 2, 2024 (ECF Doc. No. 7).

      Regarding the Initial Conference on December 12, 2024, at 10:30am, the parties respectfully request that this conference be held at 10:00am. Further, the parties request to participate virtually.

      Thank you for your consideration.

                                                                 Respectfully,

                                                                 *James L. Forde*

                                                                 James L. Forde, Esq.

CC via ECF:
Jennifer Huang, Esq.
KMA Zuckert LLP