LAW OFFICES OF

# OMRANI & TAUB, P.C.

**488 MADISON AVENUE – 20th FLOOR**
**NEW YORK, NEW YORK 10022**
TEL: **(212) 714-1515**
FAX: **(212) 599-5551**

**(212)"LAW-SUIT"**

WWW.OMRANITAUB.COM
WWW.212LAWSUIT.COM

**PARTNERS**
MICHAEL A. TAUB, ESQ.
ALEX A. OMRANI, ESQ.
ISAAC ARASTEH, ESQ.

**ASSOCIATE ATTORNEYS**
JAMES L. FORDE, ESQ.
AVI DAVIDOV, ESQ.
DEAN PAVLOS, ESQ.
JOSEPH LEVY, ESQ.
MOHAMMED AYOUB, ESQ.
ANGELA WILLIAMS, ESQ.
MARIA P. WHITE, ESQ.
ANTHONY MILONE, ESQ.

**QUEENS OFFICES:**
80-01 Broadway
Elmhurst, NY 11373
(718) 714-1515

75-26 Broadway
Elmhurst, NY 11373
(718) 714-1515

**WESTCHESTER OFFICE:**
76 S. Lexington Ave.
White Plains, NY 10606
(914) 714-1515

October 27, 2025

**VIA ECF:**
Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2170

    RE:    **SADIA CHOUDHURY v. MONDFRUIT GROUP CORP. et al**
              **Case No. 1:24-cv-07910-ERK-CHK**

Magistrate Judge Kaminsky:

    Plaintiff is in receipt of the Order directing the parties to work together to resolve the discovery issues and the parties will submit a joint letter on November 5, 2025 and appear on November 10, 2025.

    I will be away traveling the week of November 10, returning on November 17th. Accordingly, I have discussed with opposing counsel and kindly request that this conference be rescheduled to one of the following:

    1.    November 18, 2025;
    2.    November 24, 2025; or
    3.    November 25, 2025.

    If permissible to appear virtually, the parties are also available as follows:

    4.    afternoon of November 17, 2025; or
    5.    afternoon of November 19, 2025.

    We thank the Court for its attention to these matters.

                                        Respectfully submitted,

                                        *James L. Forde*
                                        JAMES L. FORDE, ESQ.

<u>cc via ECF</u>:
KMA ZUCKERT LLP
Jennifer Huang, Esq.
*Attorneys for Defendants*
*MONDFRUIT GROUP CORP. and*
*AMHERSET LOGISTICS INC*
1350 Broadway, Suite 2410
New York, New York 10018
(212) 922-0450
jhuang@kmazuckert.com